UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED

2008 JUL 14 P 2: 28

DAVID WILSON (#105493)

CIVIL ACTION

VERSUS

NO. 08-358-JJB-SCR

BURL CAIN, ET AL.

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated June 17, 2008 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein.  Accordingly, the plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and 42 U.S.C. § 1997e(e).

Baton Rouge, Louisiana, this 14th day of July, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA